December 16, 2011

Mr. Thomas M. Michel
Griffith, Jay & Michel, LLP
2200 Forest Park Blvd.
Fort Worth, TX 76110-1732

Mr. Charles Bruce Walker
Fulbright & Jaworski L.L.P.
1301 Mckinney St., Ste. 5100
Houston, TX 77010-3095

Mr. Edward J. Murphy
Beirne, Maynard & Parsons, L.L.P.
1300 Post Oak Blvd., Suite 2500
Houston, TX 77056-3000
Ms. Jane M. N. Webre
Scott Douglass & McConnico, L.L.P.
600 Congress Ave., Suite 1500
Austin, TX 78701-2589

Mr. David E. Keltner
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102

RE: Case Number: 10-0141
 Court of Appeals Number: 02-06-00443-CV
 Trial Court Number: 04820728804

Style: VERNON F. MINTON
 v.
 JERRY W. GUNN, INDIVIDUALLY, WILLIAMS SQUIRE & WREN, L.L.P., JAMES E.
 WREN, INDIVIDUALLY, SLUSSER & FROST, L.L.P., WILLIAM C. SLUSSER,
 INDIVIDUALLY, SLUSSER WILSON & PARTRIDGE, L.L.P., AND MICHAEL E.
 WILSON, INDIVIDUALLY

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367. (Justice
Hecht not sitting)

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk
 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Debra Spisak |
| |Mr. Thomas A. |
| |Wilder |
| |Mr. Joseph D. |
| |Jamail |
| |Mr. William Fred |
| |Hagans |